### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

TERESA WATTS,

      Plaintiff, : Case No. 1:03-cv-589

  -vs-                                         Magistrate Judge Michael R. Merz

:

UNITED PARCEL SERVICES, INC.,

      Defendant.

## SCHEDULING ORDER

With the consent of counsel, jury trial in this case is set for September 10, 2013, at 9:30 a.m. in Potter Stewart United States Courthouse, Courtroom #3, Room 836, 100 East Fifth Street, Cincinnati, Ohio.

The final pretrial conference will be held by telephone on September 3, 2013, at 4:00 p.m. Counsel shall call 1-888-684-8852; Access code: 1931515; Security code: 123456, and wait for the Court to join the conference.

Finally, the deadline for parties to exchange trial materials and to file their Joint Proposed Final Pretrial Order is August 30, 2013. Please refer to General Order No. DAY 12-01 for Pretrial and Trial Procedures.

May 7, 2013.

                                                                       s/ *Michael R. Merz*
                                                                United States Magistrate Judge