# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

TERESA WATTS,

      Plaintiff

      vs

UNITED PARCEL SERVICE,
      Defendant

Case No. 1:03-cv-589

Litkovitz, M.J.

**SPECIAL INTERROGATORY NO. 1**

Do you find that Plaintiff, Teresa Watts, has proven by a preponderance of the evidence that UPS intentionally discriminated against Ms. Watts on the basis of a perceived disability?

_____ Yes          ___X___ No

If yes, go to Special Interrogatory No. 2.  If no, stop and sign the verdict form.

**SPECIAL INTERROGATORY NO. 2**

What is the amount of back pay damages, if any, to which Plaintiff is entitled?

Back pay  $ _____

Go to Special Interrogatory No. 3

**SPECIAL INTERROGATORY NO. 3**

What is the amount of compensatory damages, if any, to which Plaintiff is entitled?

Compensatory damages  $ _____

Go to Special Interrogatory No. 4

**SPECIAL INTERROGATORY NO. 4**

What is the amount of punitive damages, if any, to which Plaintiff is entitled?

Punitive damages $ _____

**Stop here and sign the verdict form.**

## ALL JURORS MUST SIGN THE VERDICT

s/Juror # 2            s/Juror # 5

s/Juror # 6            s/Juror # 3

s/Juror # 7            s/Juror # 8

s/Juror # 4            s/Juror # 1


Date: 9/16/13

Foreperson: s/Juror # 2