AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| TERESA WATTS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:03CV589 |
| UNITED PARCEL SERVICE ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   (SEE ATTACHED JURY VERDICT)


This action was *(check one)*:

☑ tried by a jury with Judge MAGISTRATE KAREN L. LITKOVITZ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____


Date: 9/18/13

CLERK OF COURT

s/ a. hill
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

TERESA WATTS,　　　　　　　　　　Case No. 1:03-cv-589

　　Plaintiff　　　　　　　　　　　　Litkovitz, M.J.

vs

UNITED PARCEL SERVICE,
　　Defendant

## SPECIAL INTERROGATORY NO. 1

Do you find that Plaintiff, Teresa Watts, has proven by a preponderance of the evidence that UPS intentionally discriminated against Ms. Watts on the basis of a perceived disability?

_____ Yes            \_\_X\_\_ No

If yes, go to Special Interrogatory No. 2.  If no, stop and sign the verdict form.

## SPECIAL INTERROGATORY NO. 2

What is the amount of back pay damages, if any, to which Plaintiff is entitled?

Back pay  $ _____

Go to Special Interrogatory No. 3

## SPECIAL INTERROGATORY NO. 3

What is the amount of compensatory damages, if any, to which Plaintiff is entitled?

Compensatory damages  $ _____

Go to Special Interrogatory No. 4

## SPECIAL INTERROGATORY NO. 4

What is the amount of punitive damages, if any, to which Plaintiff is entitled?

Punitive damages $ _____

**Stop here and sign the verdict form.**

## ALL JURORS MUST SIGN THE VERDICT

s/Juror # 2            s/Juror # 5

s/Juror # 6            s/Juror # 3

s/Juror # 7            s/Juror # 8

s/Juror # 4            s/Juror # 1


Date: 9/16/13

Foreperson: s/Juror # 2